

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00211-CV

Rudis Robles and Claudia Flores Robles
v.
Christopher Mann, Gwenda Mann, and Mann's Machine, Inc.

On appeal from the
284th District Court of Montgomery County, Texas
Trial Cause No. 10-12-13737 CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and against appellee.

We further order this decision certified below for observance.

April 21, 2016.